UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRET FOREMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:16-CV-1967-G (BK) |
| FLAGSTAR BANK FSB, ) | |
| ) | |
| Defendant. ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge. Defendant's motion for summary judgment (docket entry 10) is **GRANTED** and plaintiff's claims are **DISMISSED** with prejudice.

**SO ORDERED**.

December 19, 2016.

_____
A. JOE FISH
**Senior United States District Judge**